IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UMER GHANI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 3:25-cv-053 |
| | ) Judge Stephanie L. Haines |
| WARDEN OF MOSHANNON VALLEY | ) Magistrate Judge Christopher B. Brown |
| PROCESSING CENTER and UNITED | ) |
| STATES OF AMERICA, | ) |
| | ) |
| Respondents. | |

**MEMORANDUM ORDER**

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed *pro se* by Umer Ghani ("Petitioner") (ECF No. 1). Petitioner was detained at Moshannon Valley Detention Center and claimed that his detention was unconstitutionally prolonged. He sought immediate release from custody. This matter was referred to Magistrate Judge Christopher B. Brown for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

On April 29, 2025, Magistrate Judge Brown filed a Report and Recommendation (ECF No. 6) recommending that the Petition (ECF No. 1) be dismissed as moot because the Court had learned that Petitioner had been removed from the United States prior to an Answer to the Petition being filed. Petitioner was advised he could file objections to the Report and Recommendation by May 13, 2025. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Petitioner has not filed any objections, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 6) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant

to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Brown in this matter. Magistrate Judge Brown correctly deemed Petitioner's Petition for Habeas Corpus moot as Petitioner was removed from the United States on February 25, 2025 (ECF No. 5), and as such there is no remedy the Court can provide.

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 16th day of June, 2025, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) hereby is DISMISSED AS MOOT; and,

IT IS FURTHER ORDERED that Magistrate Judge Brown's Report and Recommendation (ECF No. 6) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

/Stephanie L. Haines
Stephanie L. Haines
United States District Judge